UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                  DATE: March 7, 2024

JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                          Civ. No. 20-13516

JUSTIN BRUTOSKY, et al. v. DR. FREDERICK STINNER, D.C., et al.

**Appearances:**

H. Leon Aussprung, III, Esq. for Pltf
Charles C. Koernig, Esq., for Deft
Hannah B. Race, Esq. for Deft

Nature of Proceeding: **JURY TRIAL**

Trial with jury moved at 9:30 a.m.
Parties reported they have reached a settlement.
Settlement placed on the record outside of the presence of the jury.
60-day administrative termination order to be filed.
Jury excused.
Trial concluded at 10:00 a.m.


Time Commenced:    9:30 a.m.
Time Adjourned:    10:00 a.m.                    Carmen D. Soto
Total Time:  30 mins.                            Deputy Clerk